[No. 11211–6–II.   Division Two.   July 20, 1989.]

*In the Matter of the Marriage of* KAREN SUE FRANKE–HAYES, *Respondent, and* JAMES H. HAYES, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 86–3–00617–3, Robert L. Harris, J., entered June 25, 1987. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Alexander, C.J., and Reed, J.

[No. 11521–2–II.   Division Two.   July 20, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM MALCOM JORDAN, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 87–1–00361–0, Alan R. Hallowell, J., entered October 29, 1987. *Affirmed* by unpublished opinion per Alexander, C.J., concurred in by Reed and Petrich, JJ.

[No. 20631–1–I.   Division One.   June 12, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. NILES R. FOWLER, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 86–1–00173–0, John F. Wilson, J., entered June 19, 1987. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Winsor, J., concurred in by Scholfield, J., Williams, J. Pro Tem., concurring in part and dissenting in part.